UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Civil No. 06CV2439-L(AJB) |
| Plaintiff,        ) | **ORDER RE: ORAL ARGUMENT** |
| v.        ) | |
| $10,000.OO IN U.S. CURRENCY,        ) | |
| Defendant.        ) | |

Currently scheduled on this court's calendar for April 16, 2007 is Claimant's Motion for Summary Judgment. The court finds this motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required on April 16, 2007 and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED**.

DATED: April 11, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06c2439