|   |   |   |
|---|---|---|
|   | **UNITED STATES DISTRICT COURT** |   |
|   | **SOUTHERN DISTRICT OF CALIFORNIA** |   |

| UNITED STATES OF AMERICA, | ) | Case No. 06-CV-2439-L(AJB) |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION TO SUPPLEMENT JUDGMENT ENTERED ON AUGUST 13, 2007** |
| vs. | ) |  |
| $10,000.00 IN U.S. CURRENCY, | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

On August 23, 2007, the parties filed a Joint Motion to Supplement Judgment Entered on August 13, 2007. In this civil forfeiture case, the court granted claimant Mark S. Conti's motion for summary judgment, and a judgment was issued based on the order granting claimant's motion. The parties jointly request the court supplement the judgment by specifying that forfeited funds be returned to the claimant with interest. These terms are consistent with and carry out the intent of the court's order and related judgment. The joint motion was timely flied pursuant to Federal Rule of Civil Procedure 59(e) and is hereby **GRANTED**.

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Judgment entered on August 13, 2007 be amended by adding the following:

1. Defendant currency shall be returned to claimant Mark S. Conti, through his attorney of record, Richard M. Barnett; and

2. Interest on the seized currency shall be paid as provided in 28 U.S.C. § 2465(b)(1)(C). The Clerk of Court is directed to prepare and file an amended judgment.

**IT IS SO ORDERED.**

DATED: August 24, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　United States District Court Judge