# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

United States of Amerca

                V.                              **AMENDED JUDGMENT IN A CIVIL CASE**

$10,000.00 in U.S. Currency

                                               **CASE NUMBER:**    06CV2439-L(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant currency shall be returned to claimant Mark S. Conti, through his attorney of Record, Richard M. Barnett. Interest on the seized currency shall be paid as provided in 28 U.S.C. 2465(b)(1)(C).

| | |
|---|---|
| August 24, 2007 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON August 24, 2007 |